**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re Application of Oasis Focus Fund LP and Quadre Investments, L.P.,

CASE NO. : 2:23-MC-00032-MEMF (JCx)

Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

## RETURN OF SERVICE

State of California }
County of Los Angeles } ss.:

I, Roberto Diaz, am not a party herein, am over 18 years of age and reside in the state of California,

That on **3/9/2023** at **7:37 PM** at **6723 Kings Harbor Dr., Rancho Palos Verdes, CA 90275**

I served a(n) **Application, Civil Cover Sheet, Memorandum of Law in Support of Application, Declaration of Tyler Burtis, Declaration of Duane Loft, Declaration of Jonathan Guy Manning, Oasis' Rule 7.1 Corporate Disclosure Statement, Quadre's Rule 7.1 Corporate Disclosure Statement, Proposed Order**

on **Linda Chien**,

by delivering thereat a true copy of each to **"Jane" Chien (Refused to Give First Name)(Co-Resident)** a person of suitable age and discretion. Said premises is respondent's dwelling place/usual place of abode within the state.

<u>Description of Person Served:</u>
Gender: Female
Skin: Asian
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Date: 3/13/23

Roberto Diaz
License No.5681